| | | Date: 11/02/10 | DIVIDENDS REMITTED TO THE COURT | CK#3009 | Page: 1 |

Date: 11/02/10        **DIVIDENDS REMITTED TO THE COURT**    CK#3009      Page: 1

Check Number 3009 Dated 11/02/10
Case Number 10-12282 - KLUDING, ALEXANDER M.    Rec #151232

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Asset Acceptance** <br> P.O. Box 2036 <br> Warren, MI 48090 <br> (2-1) 32972848 | 000002 | 69.71 | 0.72 |
| ---------- Remittance Total --------------- | | 69.71 | 0.72 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 NOV -2 PM 1:08 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND